IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROXANNE V. ZOLIN,
      Plaintiff,

vs.                                          Case No: 3:07cv538/RV/EMT

JOSEPH CARUTH, et al.,
      Defendants.
_____/

**<u>ORDER</u>**

      Plaintiff, proceeding pro se, has filed an amended civil complaint pursuant to 28 U.S.C. § 1332, in which she names three (3) Defendants:  (1) Joseph Caruth, a.k.a. Joseph H. Caruth, Jr., (2) Gold Rush 77, an unincorporated association, Joseph H. Caruth, Jr., President, and (3) GoldRush77.com, an unincorporated association, Joseph H. Caruth Jr., President (Doc. 8).  The filing fee has been paid.

      Plaintiff is informed that it is her responsibility to formally serve the complaint so that Defendants may be given an opportunity to respond to her allegations.  In light of Plaintiff's pro se status, the court will provide her with information concerning service.  Rule 4 of the Federal Rule of Civil Procedure governs service of process in federal civil actions, and in addition to reading this order, Plaintiff should review the Rule in its entirety.  To effect service of process, each Defendant must be delivered a summons that is issued to Plaintiff by the clerk of court, and a copy of the complaint.  Service may be effected by any person who is at least 18 years of age and is not a party to this action.  In the alternative, Plaintiff may attempt to obtain a waiver of service from Defendants pursuant to Rule 4(d).  Rule 4(h) specifically governs service on corporations and unincorporated associations that are subject to suit under a common name and from which a waiver of service has not been obtained and filed.  Rule 4(h)(1) provides that service shall be effected in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and of the

complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process, and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to Defendant.  Rule 4(e)(1) governing service upon individuals provides that service may be effectuated pursuant to the law of the state in which the district court is located, or in which service is effected.  Plaintiff is further informed that she must serve the summons and complaint or obtain a waiver of service within 120 days, or the cause may be dismissed.  *See* Fed. R. Civ. P. 4(m).

Accordingly, it is **ORDERED**:

1.      The clerk of court shall issue a summons for each Defendant and deliver the summonses to Plaintiff, who shall be responsible for prompt service of the summons and complaint on each Defendant.

2.      After a response to the complaint has been filed by Defendant(s), Plaintiff shall be required to mail to the attorney for Defendant(s), or to any Defendant proceeding pro se, a copy of every pleading or other paper submitted by her for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of court a certificate of service which states the date a correct copy of the paper was mailed to the attorney representing Defendant(s) or to any Defendant proceeding pro se.  Any paper submitted for filing after a response to the complaint has been filed by Defendant(s) which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

3.      In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If Plaintiff wishes to consent, she should sign the form and forward it to counsel for Defendant(s), who shall return it to the clerk only if all Defendant(s) have consented.

**DONE AND ORDERED** this 23rd day of April 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**