IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROXANNE V. ZOLIN,
    Plaintiff,

vs.                          Case No.:  3:07cv538/RV/EMT

GOLD RUSH 77.COM,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 6, 2009 (Doc. 22).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's notice of voluntary dismissal against Defendants Joseph H. Caruth, Jr. and Gold Rush77 (Doc. 20) is **GRANTED**.

3.  The clerk is directed to change the docket to reflect that Defendants Joseph H. Caruth, Jr. and Gold Rush 77 are terminated as Defendants in this cause of action, and that the only remaining Defendant is Gold Rush 77.com.

**DONE AND ORDERED** this 5th day of February, 2009.

                             /s/ *Roger Vinson*
                             **ROGER VINSON**
                             **SENIOR UNITED STATES DISTRICT JUDGE**